IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> and <br><br> BOARD OF TRUSTEES, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA <br><br> Plaintiffs, <br> vs. <br><br> M.A. LINDQUIST CO., INC., a California corporation <br><br> Defendant. | Case No. 10-00812 SC <br><br> ORDER VACATING SHOW CAUSE <u>HEARING</u> |

On November 3, 2010, the Court issued an order to show cause why this case should not be dismissed. ECF No. 24. Since then, Plaintiffs' counsel has filed a number of declarations explaining her efforts to prosecute this case, and Plaintiffs have filed a Motion for Summary Judgment, or in the Alternative, Default Judgment, scheduled to be heard on January 7, 2011. ECF No. 29. Plaintiffs move for Default Judgment based on M.A. Lindquist Co., Inc.'s failure to appoint new counsel, as corporations must be represented in federal court by counsel.

Having considered the actions taken by Plaintiffs' counsel, the Court VACATES the show cause hearing scheduled for December 3,

2010. Within five (5) days of this Order, Plaintiffs must file a Proof of Service with the Court showing that this Order was served on Defendant M.A. Lindquist Co., Inc.

IT IS SO ORDERED.

Dated: November 22, 2010



UNITED STATES DISTRICT JUDGE