IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>M.A. LINDQUIST CO., INC., a California Corporation,<br><br>　　　　Defendant. | Case No. 10-0812 SC<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS |

On February 8, 2011, this Court granted summary judgment in favor of Plaintiffs Board of Trustees of the Carpenters Pension Trust Fund for Northern California, et al. ("Plaintiffs"), against Defendant M.A. Lindquist Co., Inc. ("Defendant") in Plaintiffs' action to collect delinquent withdrawal liability under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1401(b)(1). ECF No. 44 ("Feb. 8, 2011 Order"). In its Order, the Court recognized that Plaintiffs were entitled to recover reasonable attorneys' fees and costs pursuant to ERISA section 502(g)(2)(D) and instructed Plaintiffs to file a motion for reasonable attorneys' fees and costs within thirty days. Id. at 9. Accordingly, Plaintiffs filed the instant Motion for Attorneys' Fees and Costs on March 4, 2011. ECF No. 46 ("Mot."). Defendant did not file an Opposition.

Plaintiffs seek $25,165.50 in fees and $237.14 in costs, totaling $25,402.64. Mot. at 2.[1] They have provided billing records demonstrating that they expended 120.9 hours prosecuting the action. McDonough Decl. Ex. A.[2] They seek $225-$275 per hour for attorney hours billed and $115 per hour for paralegal hours billed. Mot. at 4-5. They have submitted a declaration detailing the skill, experience level, and associated billing rate of each attorney and paralegal who worked on the matter. McDonough Decl. ¶ 2. They have also submitted invoices from their electronic billing program detailing exactly how the hours billed were utilized. McDonough Decl. Ex. A. They have likewise submitted invoices documenting their costs. Id. Ex. B.

The Court has reviewed the materials submitted by Plaintiffs and finds the hourly billing rates, number of hours worked, and amount of costs incurred to be reasonable. Accordingly, the Court GRANTS Plaintiffs' Motion and ORDERS Defendant M.A. Lindquist Co., Inc. to pay $25,402.64 to Plaintiffs Carpenters Pension Trust Fund for Northern California and Board of Trustees of the Carpenters Pension Trust Fund for Northern California.

IT IS SO ORDERED.

Dated: March 23, 2011

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs have mistakenly stated the sum to be $25,402.60. The correct sum is four cents greater -- $25,402.64.

[2] Katherine McDonough ("McDonough"), attorney for Plaintiffs, filed a declaration in support of the Motion. ECF No. 46-1.

2